# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| RITA NZINGOULA, | ) |
|     Plaintiff, | ) |
| v. | )    No. 2:15-cv-108-GZS |
| MAINE DEPARTMENT OF HEALTH & HUMAN SERVICES, et al., | ) |
|     Defendants | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 30, 2015, his Recommended Decision (ECF No. 55). Plaintiff, appearing pro se, made filings on December 30, 2015 and January 6, 2016 (ECF No. 58 & 59), which the Court treats as her Objections to the Recommended Decision.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 33) is GRANTED and the Complaint is dismissed for lack of federal subject matter jurisdiction.

      3.      It is hereby **ORDERED** that Plaintiff's Motion to Compel Production (ECF No. 52) is **DENIED**.

                                      /s/ George Z. Singal
                                      United States District Judge

Dated this 11th day of February, 2016.